# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY G. COATES, | ) | NO. ED CV 10-0053 DSF (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 11/8/10

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE